# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR-10-2031-LRS |
| Plaintiff, | ) |
| | ) **ORDER RE MISTRIAL** |
| v. | ) |
| ALEXANDER MEJIA, | ) |
| Defendant. | ) |

Following polling of the individual jurors, the court concluded the jury had not agreed and could not agree on a verdict on the count contained in the Information filed against Defendant. Counsel for the Defendant moved for a mistrial and a mistrial was declared in open court on June 15, 2010. Fed. R. Crim. P. 31(b)(3) and (d). The District Executive shall set the matter for retrial in accord with the Speedy Trial Act, 18 U.S.C. Section 3161(e).

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order and to provide copies to counsel.

**DATED** this   15th   day of June, 2010.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
Chief United States District Judge

**ORDER RE MISTRIAL -    1**